2021-04427

**J**

Section 15

| | |
|---|---|
| DEBORAH JOLLA | SUIT NO.:         SEC: |
| | CIVIL DISTRICT COURT |
| VERSUS | |
| | PARISH OF ORLEANS |
| DG LOUISIANA, LLC D/B/A DOLLAR GENERAL, DOLGENCORP, LLC, AND ABC INSURANCE COMPANY | STATE OF LOUISIANA |

*************************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **DEBORAH JOLLA**, person of legal age and majority, domiciled in the County of Maricopa, State of Arizona, who respectfully represents the following Petition for Damages to wit:

1.

Made Defendants are:

a. **DG LOUISIANA, LLC, D/B/A DOLLAR GENERAL** a foreign corporation, authorized to do and doing business in the State of Louisiana, which at all relevant times herein was the owner and operator of the Dollar General store located at 11020 Morrison Road, New Orleans, LA 70128;

b. **DOLGENCORP, LLC, D/B/A DOLLAR GENERAL** a foreign corporation, authorized to do and doing business in the State of Louisiana, which at all relevant times herein was the owner and operator of the Dollar General store located at 11020 Morrison Road, New Orleans, LA 70128; and

c. **ABC INSURANCE COMPANY**, a foreign corporation authorized to do and doing business in the State of Louisiana, which at all times relevant herein had in full force and effect a policy of insurance in favor of Defendant, DG LOUISIANA, LLC and/or DOLGENCORP, LLC.

2.

The defendants **DG LOUISIANA, LLC, DOLGENCORP, LLC** (collectively referred to as "**DOLLAR GENERAL**"), and **ABC INSURANCE COMPANY**, are justly and truly indebted, *in solido*, unto Petitioner for damages, injuries, and losses that she sustained together with legal interest from date of judicial demand, and all costs of these proceedings, and for general and equitable relief for the following in accordance with La. C.C. Art. 2315, et seq. and La. C.C. Art. 2317, et seq., *to-wit:*

3.

On or about June 15, 2020, Petitioner, DEBORAH JOLLA, was patronizing the DOLLAR GENERAL store located at or near 11020 Morrison Road, New Orleans, VERIFIED

Amber Sheeler

E-Filed         **EXHIBIT A**         2021 MAY 25 A 10:03

2021-04427

**J**

Section 15

FILED
2021 MAY 25 A 09:59
CIVIL
DISTRICT COURT

the invitation of Defendant.

4.

As she walked down one of the aisles, suddenly and without warning, Petitioner slipped on a foreign substance, falling on the ground, and sustaining bodily injuries. Upon further inspection, the substance appeared to Petitioner to be melted cheese.

5.

Upon information and belief, Defendant **DOLLAR GENERAL** failed to provide notice of melted cheese like substance on the aisle in the store.

6.

Your Petitioner **DEBORAH JOLLA** contends that the foreign substance on the aisle constituted an unreasonably dangerous condition that was created by Defendant **DOLLAR GENERAL.**

7.

On the date in question, the unreasonably dangerous aisle was owned and or maintained by defendant, **DOLLAR GENERAL.**

8.

**DOLLAR GENERAL**, as the owner, director, and maintainer of the Dollar General store located at 11020 Morrison Road, New Orleans, LA 70128 knew, or in the exercise of reasonable care, should have known of the foreign substance which caused bodily injury to your Petitioner **DEBORAH JOLLA.**

9.

Petitioner avers that defendant, **DOLLAR GENERAL** is vicariously liable for the actions, negligence, and fault of any employee(s), under the theory of *respondeat superior* as codified in LSA-C.C. art. 2320 wherein one or more employee(s) were working for and within the course and scope of their employment with defendant, **DOLLAR GENERAL**

10.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, Petitioner **DEBORAH JOLLA** suffered bodily injuries to her left knee

2

E-Filed

2021-04427

**J**

Section 15

FILED
2021 MAY 25 A 09:59
CIVIL
DISTRICT COURT

back, and hip, and any and all other injuries to be shown at the time of trial.

11.

Petitioner, **DEBORAH JOLLA**, claims the following damages because of her accident and injuries:

    A. Physical pain and suffering - past, present and future;

    B. Mental pain, anguish and distress - past, present and future;

    C. Loss of enjoyment of life - past, present and future;

    D. Lost wages - past, present and future;

    E. Disability - past, present and future;

    F. Impairment of earning capacity - past, present and future; and

    G. Medical expenses - past, present and future.

12.

Petitioner avers that defendants are liable for all such injuries caused by their fault and neglect under LA C.C. art. 2315.

13.

Petitioner avers that defendants are liable for all such injuries and damages caused by a thing in its custody under La. C.C. art. 2317.

14.

Petitioner avers that an actual and proximate cause of the accident and the petitioner's resulting injuries and damages was the unreasonably dangerous condition complained of hereinabove.

15.

Petitioner alleges that the sole and proximate cause of the accident and the petitioner's damages was the fault and negligence of **DOLLAR GENERAL**, which is described in part, but not exclusively, as follows:

    A.    In failing to exercise the degree of care that we might reasonably expect of an ordinarily prudent person under the same or similar circumstances;

    B.    In failing to warn potential victims of the existence of an unreasonably dangerous condition on its premises;

    C.    In failing to correct an unreasonably dangerous condition on its premises;

3

E-Filed

Case 2:21-cv-01282-MLCF-MBN Document 1-2 Filed 07/01/21 Page 4 of 6

2021-04427

J

Section 15

FILED
2021 MAY 25 A 09:59
CIVIL
DISTRICT COURT

D. In failing to properly inspect its premises;

E. In creating an unreasonably dangerous condition by leaving melted cheese in the aisle of the store; and

F. In failing to properly maintain its premises in a safe condition for use in a manner consistent with purposes for which premises are intended.

16.

Petitioner is informed, believes, and therefore alleges that at the time of the accident the defendant, **ABC INSURANCE COMPANY** had issued a liability insurance policy to of **DOLLAR GENERAL** and under the laws of the State of Louisiana, was in full force and effect at the time of the accident, and which insurance inures to the benefit of Plaintiff under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

17.

Petitioner further alleges on information and belief that under the terms of said policy, **ABC INSURANCE COMPANY**, is obligated to pay any and all damages caused to others as a result of the negligence of **DOLLAR GENERAL**.

**WHEREFORE PETITIONER PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the petitioner, **DEBORAH JOLLA**, and against the defendants **DG LOUISIANA, LLC, DOLGENCORP, LLC,** and **ABC INSURANCE COMPANY**, jointly, severally, and *in solido* for damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings including expert witness fees, and for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

2021-04427

**J**

Section 15

FILED
2021 MAY 25 A 09:59
CIVIL
DISTRICT COURT

Respectfully Submitted:

*Collin Melancon*
_____
Collin R. Melancon (#36582)
Scott Mansfield (#36563
Mansfield, Melancon, Cranmer & Dick LLC
318 Harrison Avenue
New Orleans, LA 70124
Tele: (504) 500-1108
Fax: (504) 208-3427
Email: collin@mmcdlaw.com
**Attorney for Deborah Jolla**

### SERVICE INFORMATION: PLEASE SERVE THE FOLLOWING

**DG Louisiana, LLC**
*Through its registered agent of service:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**DOLGENCORP, LLC**
*Through its Registered Agent for Service of Process:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

5

E-Filed

A TRUE COPY
_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

2021-04427

**J**

**Section 15**

FILED
2021 MAY 25  A 09:59
CIVIL
DISTRICT COURT

| | |
|---|---|
| **DEBORAH JOLLA** | SUIT NO.:       SEC: |
| **VERSUS** | **CIVIL DISTRICT COURT** |
| **DG LOUISIANA, LLC D/BA DOLLAR GENERAL, DOLGENCORP, LLC, AND ABC INSURANCE COMPANY** | **PARISH OF ORLEANS**<br>**STATE OF LOUISIANA** |

### REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, Mansfield, Melancon, Cranmer & Dick, LLC., as counsel for Petitioner, **DEBORAH JOLLA** in the above captioned matter, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment. This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully Submitted:

*Collin Melancon*

Collin R. Melancon (#36582)
Scott Mansfield (#36563)
Mansfield, Melancon, Cranmer & Dick LLC
318 Harrison Avenue
New Orleans, LA 70124
Tele: (504) 500-1108
Fax: (504) 208-3427
Email: collin@mmcdlaw.com
**Attorney for Deborah Jolla**

E-Filed